```
             UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 00077
   KIMBERLY J GRASSMAN
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-7083


----------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------

      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

      1.  The case was filed on 01/03/08 and confirmed on 03/13/08.

      2.  The case was dismissed after confirmation, 05/30/2008.

      3.  The Debtor paid a total of $   1811.52 .

      4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | .00 | .00 | .00 |
| DUPAGE COUNTY COLLECTOR | SECURED | 3869.00 | .00 | .55 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| NUVELL CREDIT COMPANY LL | SECURED VEHIC | 29430.76 | 192.90 | 1500.00 |
| ACCT REC SPE | UNSECURED | NOT FILED | .00 | .00 |
| ACTIVE CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ACUTE CARE SPECIALIST | UNSECURED | NOT FILED | .00 | .00 |
| ADVENTIST GLENOAKS MEDIC | UNSECURED | NOT FILED | .00 | .00 |
| AFNI/GTE | UNSECURED | NOT FILED | .00 | .00 |
| AFNI/GTE | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAS FINANCIAL LENDE | UNSECURED | NOT FILED | .00 | .00 |
| APPLIED CARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| CASH STORE | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST EMERGENCY MED S | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | NOT FILED | .00 | .00 |

```
FIRDAUSI MAZDA MD           UNSECURED       NOT FILED            .00         .00
H&F LAW                     UNSECURED       NOT FILED            .00         .00
H&F LAW                     UNSECURED       NOT FILED            .00         .00
H&F LAW                     UNSECURED       NOT FILED            .00         .00
HARVARD COLLECTION SERVI    UNSECURED       NOT FILED            .00         .00
HARVARD COLLECTION SERVI    UNSECURED       NOT FILED            .00         .00
IC SYSTEM                   UNSECURED       NOT FILED            .00         .00
IC SYSTEM                   UNSECURED       NOT FILED            .00         .00
ILLINOIS COLLECTION SERV    UNSECURED       NOT FILED            .00         .00
MALCOLM S GERALD            UNSECURED       NOT FILED            .00         .00
MERCHANTS CREDIT GUIDE      UNSECURED       NOT FILED            .00         .00
MERCHANTS CREDIT GUIDE      UNSECURED       NOT FILED            .00         .00
MERCHANTS CREDIT GUIDE      UNSECURED       NOT FILED            .00         .00
METRO COLLECTIONS           UNSECURED       NOT FILED            .00         .00
MRSI                        UNSECURED       NOT FILED            .00         .00
NCO FINANCIAL SYSTEMS       UNSECURED       NOT FILED            .00         .00
NCO FINANCIAL SYSTEMS       UNSECURED       NOT FILED            .00         .00
NICOR GAS                   UNSECURED       NOT FILED            .00         .00
NORTHWEST COLLECTORS        UNSECURED       NOT FILED            .00         .00
OSI COLLECTION SERVICE      UNSECURED       NOT FILED            .00         .00
PELLETTIERI & ASSOC         UNSECURED       NOT FILED            .00         .00
PROFESSIONAL ACCOUNT MGM    UNSECURED       NOT FILED            .00         .00
RADIOLOGISTS OF DUPAGE      UNSECURED       NOT FILED            .00         .00
RESURGENT CAPITAL SERVIC    UNSECURED       NOT FILED            .00         .00
RIAZ BABER MD               UNSECURED       NOT FILED            .00         .00
ECMC                        UNSECURED             .00            .00         .00
SURGEONS INC                UNSECURED       NOT FILED            .00         .00
VESTA                       UNSECURED       NOT FILED            .00         .00
WEST ASSET MANAGEMENT       UNSECURED       NOT FILED            .00         .00
ROBERT J SEMRAD & ASSOC     REIMBURSEMENT       13.00            .00       13.00
ECMC                        UNSECURED             .00            .00         .00
     Summary of disbursements:
------------------------------------------------------------------------------
                     SECURED      PRIORITY     UNSECURED       OTHER       TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   33299.76       13.00           .00          .00    33312.76
PRINCIPAL PAID        1500.55       13.00           .00          .00     1513.55
INTEREST PAID          192.90         .00           .00          .00      192.90
TOTAL PAID            1693.45       13.00           .00          .00     1706.45
The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $    3500.00
and was paid $         .00 .

The Trustee received $     105.07 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 11/13/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                         PAGE   3
    CASE NO. 08 B 00077 KIMBERLY J GRASSMAN
```